error coram nobis denied. Present—Centra, J.P., Fahey, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SHERROD, Appellant. [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. MAULL, Also Known as POOCHIE, Appellant. (Appeal No. 2.) [944 NYS2d 713]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto and Martoche, JJ.

■ CHRISTOPHER M. CHARNEY et al., Appellants, v LECHASE CONSTRUCTION et al., Respondent. FREDERICO WRECKING CO., INC., Third-Party Plaintiff-Appellant, v CONTOUR ERECTION AND SIDING SYSTEMS, INC., Third-Party Defendant-Respondent. LECHASE CONSTRUCTION SERVICES, LLC, et al., Third-Party Plaintiffs-Appellants, v CONTOUR ERECTION AND SIDING SYSTEMS, INC., Third-Party Defendant-Respondent. [944 NYS2d 713]—Motions for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Peradotto, JJ.

■ EDWARD CUNNINGHAM, III, Appellant, v LECHASE CONSTRUCTION et al., Respondents. FREDERICO WRECKING CO., INC., Third-Party Plaintiff-Appellant, v CONTOUR ERECTION AND SIDING SYSTEMS, INC., Third-Party Defendant-Respondent. LECHASE CONSTRUCTION SERVICES, LLC, et al., Third-Party Plaintiffs-Appellants, v CONTOUR ERECTION AND SIDING SYSTEMS, INC., Third-Party Defendant-Respondent. [944 NYS2d 713]—Motions for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Peradotto, JJ.

■ KAREN STROUP, Appellant, v CHARLES NAZZARO et al., Respondents. [944 NYS2d 713]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ.

■ In the Matter of COUNTY OF NIAGARA, Respondent, v RICHARD F. DAINES, Commissioner, New York State Department of Health, et al., Appellants. [944 NYS2d 713]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ In the Matter of SUZALYN E. HOFFMEIER, Appellant, v THOMAS BYRNES, Respondent. [944 NYS2d 713]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley and Sconiers, JJ.